| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | WILLIAM B. TAYLOR |
| | Special Assistant U.S. Attorney |
| 3 | MISDEMEANOR UNIT |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00225-SKO |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ORDER REQUIRING PAYMENT OF CURRENCY INTO THE COURT'S DEPOSIT FUND; AND ORDER** |
| DELIA PEARSON, | |
| Defendant. | |

The United States and defendant Delia Pearson (the Movants) move for an order based on the following grounds:

1. The information in this case charges the defendant with one count of theft of public money, property, or records in violation of 18 U.S.C. § 641.

2. The Parties have a negotiated resolution of the case as memorialized by their signed plea agreement (the Plea Agreement). Pursuant to the Plea Agreement, the defendant agrees to pay restitution of $57,889.00, and a special assessment of $25.00.

3. The defendant has $57,899.00 set aside to effect a lump sum payment towards the full amount of the restitution and special assessment owed in this case.

4. The defendant has not yet been sentenced in this case.

5. The Parties agree that the $57,899.00 can and should be paid into the court's deposit fund (the Deposit) on or before January 8, 2021. The defendant will not oppose the application of the Deposit

towards the restitution and special assessment entered against her.

      6.      Accordingly, the Parties request that the Court sign the proposed order below directing that the $57,899.00 be paid to the Clerk of Court so that it may be deposited into the court's deposit fund.

Respectfully submitted,

FOR THE UNITED STATES:              McGREGOR W. SCOTT
United States Attorney

Dated: December 31, 2020         By:    /s/ William B. Taylor
WILLIAM B. TAYLOR
Special Assistant United States Attorney

FOR DEFENDANT DELIA PEARSON:

Dated: December 20, 2020              /s/ Delia Pearson
DELIA PEARSON
Defendant

Dated: December 31, 2020         By:    /s/ Brittany E. Hines
BRITTANY E. HINES
Attorney for defendant DELIA PEARSON

**O R D E R**

The Court, having reviewed the court files and the Parties' joint motion for order requiring payment of currency into the court's deposit fund (the Motion), and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. The defendant shall deliver to the Clerk of the Court, a check or money order in the amount of $57,899.00, made payable to the "Clerk of Court" (the Deposit) on or before January 8, 2021.

2. The defendant shall mail or deliver the Deposit to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The defendant shall also write the docket number (1:20-CR-00225-SKO) on the payment instrument and, if she desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. Upon sentencing, the clerk shall apply the $57,899.00 towards defendant's criminal monetary obligations.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **January 7, 2021**

UNITED STATES MAGISTRATE JUDGE