# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:20-CR-00225-001 |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| DELIA M. PEARSON, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**   18 U.S.C. § 641 – Theft of Public Money, Property or Records

**Sentence Date:**   April 15, 2021

**Review Hearing Date:** March 17, 2022

**Probation Expires On:** April 14, 2022

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $57,914.00     which Total Amount is made up of a
  Fine: $     Special Assessment: $ 25    Processing Fee: $ Choose an item. Restitution: $ 57,889

☐ Payment schedule of $    per month by the    of each month.

☒ **Community Service hours Imposed of:** 100 hrs.

☐ **Other Conditions:**

*COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

  **Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                                                                                 Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:     Alexandre Dempsey

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at     Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 3/8/2022                                                              /s/Mark A. Broughton
                                                                                   DEFENDANT'S COUNSEL

DATED: 3/8/2022                                                              /s/Alexandre Dempsey
                                                                                   ASSISTANT U.S. ATTORNEY

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing be vacated.

☐     DENIED.

IT IS SO ORDERED.

Dated:   **March 10, 2022**

UNITED STATES MAGISTRATE JUDGE